## W. H. ELWOOD v. STATE.

No. A-4839.   Opinion Filed April 25, 1925.
(234 Pac. 1118.)

Appeal from County Court, Oklahoma County; James C. Cheek, Judge.

The plaintiff in error was convicted in the county court of Oklahoma county of the possession of intoxicating liquors with intent to sell, and sentenced to pay a fine of $250 and to serve 90 days in the county jail, and appeals. Reversed and remanded.

E. J. Giddings, for plaintiff in error.

PER CURIAM . The petition in error assigns various grounds for reversal—among others, insufficiency of the evidence. We have examined the record, and believe that the evidence is wholly insufficient to sustain the judgment and sentence. The case is therefore reversed and remanded.